UNITED STATES DISTRICT COURT **MAGISTRATE JUDGE'S MINUTES**
DISTRICT OF ARIZONA - TUCSON

DATE: 7/11/05   CASE NUMBER: 05-00377M-(BPV)

U.S. Magistrate Judge: HÉCTOR C. ESTRADA   Mag Judge Code: 70BQ

Recorded by Courtsmart

BY: Selina Durazo, Deputy Clerk

U.S. Attorney  Irene Feldman

☒ Complaint Filed   ☒ DOA 7/9/2005   INITIAL APP: ☒ HELD - Defendants and Material Witnesses

**MATERIAL WITNESS(es):** 1-EMIR HIDALGO-SOLIZ

**MATERIAL WITNESS(es):** state true name(s) to be 1-SAME

☐ ORDER Indictment/Complaint unsealed

☒ Upon questioning of the alleged material witness(es), the Court finds that they are not citizens of the United States. Court to appoint counsel.

☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f)
  is ☒ Granted ☐ Denied

☒ Defendant/Material Witness(es) shall be temporarily detained in the custody of the United States Marshal pursuant to
  ☒ § 3142(f)  ☐ § 3142(d)

  IT IS ORDERED: **within 48 hours of this Order***, that the United States Attorney shall contact the Clerk's Office to obtain a date and time **within 20 working days of this Order** for the use of Grand Jury Room #4700 for videotaping of the material witnesses and shall file **within 48 hours of this Order*** notice of the date and time of said taping and the name of each material witness to be videotaped. *IN THE CASE OF A JUVENILE MATERIAL WITNESS, **WITHIN 24 HOURS OF THIS ORDER**.

  IT IS ORDERED that counsel raising **objections** during the video depositions must (1) note the time and place on the videotape wherein the objection arose, (2) raise the objection before the district court in a short pleading filed nolater than the deadline for the filing of Motions in the matter, (3) be prepared to roll the videotape at the exact point of any/all objections at the Motions hearing.

| **DETENTION HEARING:** ☒ HELD | **PRELIMINARY HEARING:** Set for: <br> 7/13/2005 at 10:30 AM <br> before: MAGISTRATE JUDGE GUERIN |
|---|---|

Defendant-001 DANIEL STRAUSS   Atty: Jeffrey J. Rogers (Retained)

Dft/MW(s) ☒ PRES  ☒ CUSTODY  ☐ WRIT   ☐ PRES

Deft states T/N is SAME
Further Proceedings Ordered in defendant's true name.
Interpreter: N/A

☐ Warrant Other District           ☐ Financial Afdvt taken
☐ Warrant Phx Div.                 ☐ No Financial Afdvt taken
☐ Counsel waives reading of the Complaint/Indictment
☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to
   ☐ § 3142(f)  ☐ § 3142(d)
☒ Defendant signed Order Setting Conditions of Release and released on  O/R and third-party custody to Rev. J. Stuart Taylor, secured by signatures of defendant and third-party custodian. Both defendant and third-party custodian advised of conditions of release on the record.

Bail set at $ O/R
PSA recommends  O/R  ; Gov't ☐ concurs ☒ objects
GOVERNMENT recommends  detention
☒ Court accepts/rejects stip of ptys/recommendation by  PSA

Defendant-002   SHANTI AMELIA SELLZ      Atty: William G. Walker (Retained)

Dft/MW(s) ☒ PRES ☒ CUSTODY ☐ WRIT      ☐ PRES

Deft states T/N is SAME

Further Proceedings Ordered in defendant's true name.

Interpreter: N/A

☐ Warrant Other District      ☐ Financial Afdvt taken

☐ Warrant Phx Div.      ☐ No Financial Afdvt taken

☐ Counsel waives reading of the Complaint/Indictment

☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to
     ☐ § 3142(f)   ☐ § 3142(d)

☒ Defendant signed Order Setting Conditions of Release and released on  $2000 PAB & third-party custody to Erin Venetia Hayes, secured by signatures of defendant and third-party custodian. Defendant and third-party custodian advised of conditions of release on the record.

Bail set at $ $2000 PAB

PSA recommends $2000 PAB      ; Gov't ☐ concurs ☒ objects

GOVERNMENT recommends detention

☒ Court accepts recommendation by PSA

☐ Other: _____

Copies to: (BPV), Irene Feldman, Jeffrey J. Rogers, William G. Walker, PSA