PAUL K. CHARLTON
United States Attorney
District of Arizona
IRENE C. FELDMAN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
irene.feldman@usdoj.gov
Attorneys for Plaintiff

_____FILED_____LODGED
_____RECEIVED_____COPY

2005 AUG -3 PM 5: 03

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR05  1499 TUC |
| Plaintiff, | INDICTMENT RCC/BPV |
| v. | Violation: |
| Daniel M. Strauss, | 8 U.S.C. § 1324 (a)(1)(A)(v)(I) |
| Shanti Amalia Sellz, | 8 U.S.C. § 1324(a)(1)(A)(ii) |
| Defendants. | (Conspiracy to Transport An Illegal Alien; Transportation of An Illegal Alien) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about July 9, 2005, at or near Arivaca, in the District of Arizona, DANIEL M. STRAUSS and SHANTI AMALIA SELLZ, did knowingly and intentionally combine, conspire, confederate, and agree together and with various other persons known and unknown to the Grand Jury, to transport an illegal alien, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## OBJECT OF THE CONSPIRACY

It was the object of the conspiracy that all or some of the co-conspirators, knowing and in reckless disregard of the fact that the alien, including Emir Hidalgo-Solis, had come to, entered, and remained in the United States in violation of law, would knowingly transport such

//

aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and 1324(a)(1)(A)(ii).

### COUNT 2

On or about July 9, 2005, at or near Arivaca, in the District of Arizona, DANIEL M. STRAUSS and SHANTI AMALIA SELLZ, knowing and in reckless disregard of the fact that an alien, Emir Hidalgo-Solis, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii).

A TRUE BILL

Presiding Juror

PAUL K. CHARLTON
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE   AUG 0 3 2005

IRENE C. FELDMAN
Assistant United States Attorney

2